## RECONSIDERATION DOCKET

93–646. Leber v. Smith. *Erie County,* No. E–87–43. Reported at 70 Ohio St.3d 548, 639 N.E.2d 1159. On motion for reconsideration. Motion denied.

MOYER, C.J., and WRIGHT, J., dissent.

RESNICK, J., not participating.